IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE MIGUEL HILARIO,

    Plaintiff,

v.                     CASE NO. 5:13-cv-357-RS-GRJ

NC ENGLISH, et al.,

    Defendants.
_____/

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 5) and Plaintiff's Objections (Doc. 8). I have considered the objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The case is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted and because the complaint is frivolous and seeks relief against defendants who are immune from suit.

3. This case counts as a strike pursuant to 28 U.S.C. § 1915(g).

4. Plaintiff's Motion (Doc. 7) is **DENIED as moot**.

5. The clerk is directed to close the file.

**ORDERED** on November 19, 2013.

                /S/ Richard Smoak
                **RICHARD SMOAK**
                **UNITED STATES DISTRICT JUDGE**